IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:08-cr-0422-LSC-TMP-1 |
| | ) | |
| COURTNEY L WOODRUFF | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 25, 2017, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the defendant is competent to participate in proceedings concerning the revocation of his supervised release (doc. 59). To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the defendant is deemed competent to participate in proceedings concerning the revocation of his supervised release. Furthermore a final hearing regarding his supervised release is set for Friday, October 20, 2017 at 10:30 am in the Hugo L. Black U.S. Courthouse, Birmingham, Alabama, before Judge L.

Scott Coogler.

Done this <u>19</u><sup>th</sup> day of <u>October, 2017</u>.

_____

L. Scott Coogler
United States District Judge

173538